Argued and submitted February 29, restitution provision vacated, order otherwise affirmed March 30, 1988

HOWARD JOHNSON,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-334; CA A45464)

751 P2d 1127

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

David Kramer, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

In this petition for judicial review of a final order of the Superintendent of the Oregon State Penitentiary (respondent), respondent concedes that the record does not support the findings regarding restitution. Accordingly, that portion of the superintendent's order is vacated. The remainder of the order is affirmed.

Restitution provision vacated; order otherwise affirmed.